| | |
|---|---|
| DELICIA JACKSON | 16TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO.: 1 3 0 5 2 6 |
| | ST. MARY PARISH DIV. "D" |
| DOLLAR GENERAL CORPORATION; AND DOLGENCORP, LLC, TRADE NAMED DOLLAR GENERAL | STATE OF LOUISIANA |
| FILED: DEC 27 2016 | JENNIFER R. SPLANE |
| | DEPUTY CLERK OF COURT |

*************************************************************************

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **DELICIA JACKSON**, a person of the full age of majority and resident of St. Mary Parish, State of Louisiana, who for her Petition for Damages does aver and say that:

1.

Made defendants herein is **DOLLAR GENERAL CORPORATION ("DGC")**, upon information and belief, a foreign corporation licensed to do and doing business in the State of Louisiana; and, **DOLGENCORP, LLC**, operating under the trade name, DOLLAR GENERAL, a foreign limited liability corporation licensed to do and doing business in the State of Louisiana. Said defendants are indebted to your plaintiff, with legal interest from the date of judicial demand until finally paid and for all costs from the following:

2.

On December 21, 2015, DOLGENCORP, LLC, operated a retail store located at 175 Arlington Street, Louisiana 70380, under the trade name Dollar General, a trade name that is owned and managed by Dollar General Corporation.

3.

Your plaintiff, DELICIA JACKSON, on December 21, 2015, as a patron in the Dollar General store, operated and controlled by DOLGENCORP, LLC, while walking through the store, slipped on some plastic sheeting that appeared to be from the wrapping of the merchandise in the store that was strewn over the ground causing her to injure herself upon impact with the ground. The plastic sheeting was clear and not plainly visible. Further, there were no signs or other warnings to warn unsuspecting patrons of the hazardous condition.

EXHIBIT 1

4.

Defendant, DOLGENCORP, LLC, was at all times relevant the operator, possessor and controller of the Dollar General store in question and responsible for the maintenance, clean-up, and overall condition of the floors and as such, knew or in the exercise of reasonable care should have known of the hazardous condition of the premises.

5.

Defendant, DOLGENCORP, LLC, had constructive and/or knowledge of the unsafe condition and is therefore liable unto plaintiff pursuant to LSA 9:2800.6, sometimes referred to as the "Merchants Liability Act" and/or Articles 2317, 2317.1 and 2322 of the Louisiana Civil Code.

6.

The acts of fault, gross and wanton negligence, and lack of skill exhibited by DOLGENCORP, LLC, in its operations of the Dollar General store in question which were the proximate cause of the incident, and damages were as follows:

a) Failure to maintain safe premises in accordance with applicable standards of practice;

b) Failure to inspect and otherwise have safety measures in place to protect patrons from injury;

7.

Defendant, DGC, was at all times relevant the apparent owner of the Dollar General in question and responsible for maintaining proper procedures to ensure the safe use of its stores.

8.

DGC's failure to ensure that facilities operated under its trade name, Dollar General, were safe and free of hazards to unsuspecting patrons in accordance with applicable standards of practice was a proximate cause of the incident and the resulting damages.

9.

As a result of the accident, plaintiff suffered past, present and future pain and suffering, loss of enjoyment of life, court cost, attorney fees and other losses to be determined at trial.

**WHEREFORE** plaintiff prays that defendants be served with citation herein and after due hearings, there be judgment in her favor and against the defendants for all just and equitable relief to include damages for personal injury, property, past, present, and future medical expenses, loss of enjoyment of life, costs, and attorney fees.

Respectfully submitted:

*(signature)*
JOHN W. MILTON, Bar Roll # 19066
Attorney at Law
201 East Willow Street (70501)
P. O. Box 91362
Lafayette, Louisiana 70509
Tel: (337) 232-8054; Fax: (337) 232-8180

**Please Withhold Service**

CLERK'S OFFICE, FRANKLIN, LA

MAR 21 2017
A true copy of the original
Attest *(signature)*
Dy. Clerk of Court

A FACSIMILE OF THIS PLEADING
WAS RECEIVED AND FILED ON

DEC 21 2016

**RECEIVED AND FILED**

DEC 27 2016
*(signature)*
Dy. Clerk of Court

| | |
|---|---|
| DELICIA JACKSON | 16TH JUDICIAL DISTRICT COURT |
| | DOCKET NO.: 1 3 0 5 2 6 |
| VERSUS | DIV. "D" |
| | ST. MARY PARISH |
| DOLLAR GENERAL CORPORATION; AND DOLGENCORP, LLC, TRADE NAMED DOLLAR GENERAL | |
| | STATE OF LOUISIANA |
| FILED: DEC 27 2016 | JENNIFER R. SPLANE |
| | DEPUTY CLERK OF COURT |

*************************************************************************

STATE OF LOUISIANA

PARISH OF LAFAYETTE

### VERIFICATION

**BEFORE ME**, the undersigned authority, duly commissioned, qualified, and sworn in and for the State and Parish aforesaid,

PERSONALLY CAME AND APPEARED:

**DELICIA JACKSON**

who after first being duly sworn, did depose and state that all of the allegations on the foregoing Petition are true and correct to the best of her knowledge and belief.

Done and passed at Lafayette, Louisiana, this 21st day of December, 2016, in the presence of competent witnesses, who sign with appearer and me, officer, after due reading of the whole.

WITNESSES:

_____          _____
                                    DELICIA JACKSON

_____

_____
JOHN W. MILTON, Bar # 19066

**RECEIVED AND FILED**

DEC 27 2016

_____
Dy. Clerk of Court