UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

**DELICIA JACKSON**                                              **NO. 6:17-CV-00690**

**VERSUS**                                                                 **JUDGE DOHERTY**

**DOLLAR GENERAL CORPORATION AND**     **MAGISTRATE WHITEHURST**
**DOLGENCORP, LLC, TRADE NAMED**
**DOLLAR GENERAL**
*****************************************************************************

**AMENDED PETITION FOR DAMAGES**

**NOW INTO COURT,** through undersigned counsel comes, **DELICIA JACKSON**, a person of the full age of majority and a resident of St. Mary Parish, State of Louisiana, who amends the original petition herein as follows:

1.

Petitioner amends the caption of this suit as follows:

" **UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

**DELICIA JACKSON**                                              **NO. 6:17-CV-00690**

**VERSUS**                                                                 **JUDGE DOHERTY**

**DG LOUISIANA, LLC, doing**
**business as DOLLAR GENERAL**                      **MAGISTRATE WHITEHURST"**

2.

Petitioner amends paragraph 1 as follows:

"Made defendants herein are **DG LOUISIANA, LLC**, d/b/a DOLLAR GENERAL, upon information and belief, a foreign limited liability company licensed to do and doing business in

the State of Louisiana. Said defendant is indebted to your plaintiff, with legal interest from the date of judicial demand until finally paid and for all costs from the following:"

3.

Petitioner amends the remainder of the "Petition for Damages" by replacing any reference to DOLLAR GENERAL CORPORATION, and DOLGENCORP, LLC, with DG LOUISIANA, LLC, d/b/a DOLLAR GENERAL.

4.

At the time of the subject incident, upon information and belief, DG Louisiana, LLC, d/b/a DOLLAR GENERAL, an arm of DOLLAR GENERAL CORPORATION, operated the Dollar General store where the incident occurred and is the proper party in this matter.

5.

DG Louisiana, LLC, neglected to maintain and operate its facility in a manner to provide its patrons with a premises free of exposure to unreasonable risks of harm.

6.

Counsel for DG LOUISIANA, LLC, d/b/a DOLLAR GENERAL, the representative of the current named defendants in this matter, is apprised of this motion and petition and has consented to amending the original petition to remove and replace DOLLAR GENERAL CORPORATION, and DOLGENCORP, LLC.

6.

**WHEREFORE** Petitioner prays that:

1. The original petition be amended as requested above and that said amended petition be served upon DG LOUISIANA, LLC, d/b/a DOLLAR GENERAL.

2. There be judgment rendered in these proceedings in favor of petitioner, DELICIA JACKSON, and against defendant, DG LOUISIANA, LLC, d/b/a DOLLAR GENERAL; and

3. The defendants be served with a copy of this petition and citation.

Respectfully submitted:

s/ John W. Milton

_____
JOHN W. MILTON, Bar Roll # 19066
Attorney at Law
201 East Willow Street (70501)
P. O. Box 91362
Lafayette, Louisiana 70509
Tel: (337) 232-8054; Fax: (337) 232-8180
E-Mail: milton1jw@att.net

## CERTIFICATE OF NO OPPOSITION

I HEREBY CERTIFY that all parties have been contacted and have indicated no objection to this petition to amend the original complaint for damages.

s/ John W. Milton
_____
JOHN W. MILTON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this date been forwarded to all known counsel of record via service of the CM/ECF filing system.

Lafayette, Louisiana this 19th day of July 2017.

s/ John W. Milton
_____
JOHN W. MILTON