UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DELICIA JACKSON,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-690** |
| **DG LOUISIANA, LLC,**<br>    **Defendant** | **SECTION: "E" (3)** |

### J U D G M E N T

Considering the Court's Order and Reasons entered July 31, 2018 (R. Doc. 38);

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant DG Louisiana, LLC and against Plaintiff Delicia Jackson.

New Orleans, Louisiana, this 31st day of July, 2018.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**